AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 11/09)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN

1:10-cv-248

Janet T. Neff
U.S. District Judge

Case No.
Hon.

RANIR, LLC,

v.

SUNSTAR AMERICAS, INC.

TO: Sunstar Americas, Inc.
ADDRESS: 4635 West Foster Avenue
Chicago, IL 60630-1709

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ranir, LLC
4701 East Paris Avenue
Grand Rapids, Michigan 49152
(616) 698-8880

TRACEY CORDES, CLERK OF COURT

By: _____
(Deputy Clerk)
Dated: MAR 1 _ /2010

[✓] 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

[ ] P.O. Box 698
229 Federal Building
Marquette, MI 49855

[ ] B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

[ ] 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for ___Sunstar Americas, Inc.___ was received by me on __7/12/2010__
(name of individual and title, if any)                                            (date)

[ ] I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

[ ] I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

[✓] I served the summons on __CHARLES LAFF, ESQ.__, who is designated by law to accept service
(name of individual)
of process on behalf of __SUNSTAR AMERICAS Inc__ on __7/12/2010__.
(name of organization)                                (date)

[ ] I returned the summons unexecuted because _____

[ ] Other (specify) _____

My fees are $ __N/A__ for travel and $ __N/A__ for services, for a total of $ __N/A__.

I declare under the penalty of perjury that this information is true.
Date: __7/12/10__

_____
Server's signature

ONAR KHAN
Server's printed name and title

399 PARK AVENUE
Server's address
NY, NY 10022

Additional information regarding attempted service, etc.: