IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RANIR, LLC, | ) |
| Plaintiff, | ) Civil Action No. 1:10-cv-00248 |
| v. | ) |
| SUNSTAR AMERICAS, INC. | ) **NOTICE OF VOLUNTARY** </br> ) **DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Respectfully submitted,

  s/Matthew J. Gipson
H.W. Reick (P19310)
Matthew J. Gipson (P60169)
PRICE, HENEVELD, COOPER, DEWITT &
  LITTON, LLP
695 Kenmoor, S.E.
P.O. Box 2567
Grand Rapids, MI 49501
Tel: (616) 949-9610
Fax: (616) 957-8196

Attorneys for Plaintiff Ranir, LLC

OF COUNSEL:

Robert J. Gunther, Jr.
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY
Tel.: (212) 937-7200
Fax: (212) 888-2330